BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

JOYCE R. BRANDA
RENEE M. BROOKER
JENNIFER A. STALZER
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2884
Facsimile: (202) 514-0280
Jennifer.A.Stalzer@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CAPRIOLA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., *et al.*<br><br>Defendants. | CASE NO. 1:11-cv-135 AWI-GSA<br><br>ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND TO LIFT THE SEAL<br><br>**FILED UNDER SEAL** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B), the Court rules as follows:

1. All pleadings filed in this action subsequent to today's date be served upon the United States;

2. All Orders issued by the Court subsequent to today's date be served upon the United States;

3. All Notices of Appeal be served upon the United States;

4. The Complaint, this Notice of Election to Decline Intervention, the [Proposed] Order, and all pleadings filed subsequent to this date be unsealed.

5. The United States be allowed to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

6. The United States be given notice and an opportunity to be heard should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, before the Court issues a ruling or granting its approval.

IT IS SO ORDERED.

Dated:     April 13, 2012                                              
                                              CHIEF UNITED STATES DISTRICT JUDGE