Keith Zakarin (SBN 126528)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:   kzakarin@duanemorris.com

Attorneys for Defendants
BRIGHTSTAR EDUCATION GROUP, INC. and
INSTITUTE OF TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. Hope Capriola, Amber Mason, Nadia Yamashita, Nancy Upton Sonia Macias, and Aubrey Priest,<br><br>Relators,<br><br>v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.: 1:11-cv-00135 AWI-GSA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Anthony W. Ishii<br><br>Complaint Filed: January 26, 2011;<br>First Amended Complaint Filed: May 14, 2012 |

## **ORDER**

Upon consideration of the Stipulation between Plaintiffs and Relators Hope Capriola, Amber Mason, Nadia Yamashita, Nancy Upton, Sonia Macias, and Aubrey Priest (collectively "Plaintiffs") and Defendants Brightstar Education Group, Inc. and Institute of Technology, Inc. (collectively "Defendants") to extend the time for Defendants to respond to the First Amended Complaint, and for good cause shown, IT IS HEREBY ORDERED:

/ / /

/ / /

/ / /

DM1\3371133.1

Defendants' time to respond to the First Amended Complaint shall be extended from June 13, 2012 to July 13, 2012.

IT IS SO ORDERED.

Dated:  June 12, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE