**KERSHAW, CUTTER & RATINOFF, LLP**
STUART C. TALLEY, State Bar No. 180374
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: stalley@kcrlegal.com

Attorneys for Relators

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Hope Capriola, Amber Mason, Nadia Yamashita, Nancy Upton, Sonia Macias, and Aubrey Priest,<br><br>    Relators,<br><br>    v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>    Defendants. | Case No.  1:11-cv-135 AWI-GSA<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

WHEREAS, Relators seek to file the Second Amended Complaint attached hereto as Exhibit A.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. Relators be permitted to file the Second Amended Complaint attached hereto as Exhibit A;

2. The Second Amended Complaint shall become the operative complaint in this case;

3. Defendants shall file responses or otherwise plead to the Second Amended Complaint by September 27, 2012

Dated: August 27, 2012.   KERSHAW, CUTTER & RATINOFF LLP


By  */s/ Stuart C. Talley*
　　STUART C. TALLEY
　　401 Watt Avenue
　　Sacramento, California  95864
　　Telephone: (916) 448-9800
　　Email: stalley@kcrlegal.com
　　*Attorneys for Relators*


Dated: August 27, 2012.   DUANE MORRIS LLP


By  */s/ Courtney L. Baird* (as authorized on 8/27/2012)
　　COURTNEY L. BAIRD
　　750 B Street, Suite 2900
　　San Diego, California 92101
　　Telephone: (619) 744-2200
　　Email: clbaird@duanemorris.com
　　*Attorneys for Defendants*

# **ORDER**

IT IS HEREBY ORDERED THAT:

1. Relators be permitted to file the Second Amended Complaint attached hereto as Exhibit A;

2. The Second Amended Complaint shall become the operative complaint in this case; and

3. Defendants shall file responses or otherwise plead to the Second Amended Complaint by September 27, 2012.

IT IS SO ORDERED.

Dated:   **August 28, 2012**               **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE