Keith Zakarin (SBN 126528)
Courtney L. Baird (SBN 234410)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:    kzakarin@duanemorris.com
           clbaird@duanemorris.com

Attorneys for Defendants
BRIGHTSTAR EDUCATION GROUP, INC. and
INSTITUTE OF TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Hope Capriola, Amber Mason, Nadia Yamashita, Nancy Upton Sonia Macias, and Aubrey Priest,<br><br>Relators,<br><br>v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.: 11-cv-135 AWI-GSA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Anthony W. Ishii<br><br>Complaint Filed: January 26, 2011; Second Amended Complaint Filed: August 29, 2012 |

## **ORDER**

Upon consideration of the Stipulation between Plaintiffs and Relators Hope Capriola, Amber Mason, Nadia Yamashita, Nancy Upton, Sonia Macias, and Aubrey Priest (collectively "Plaintiffs") and Defendants Brightstar Education Group, Inc. and Institute of Technology, Inc. (collectively "Defendants") to extend the time for Defendants to respond to the Second Amended Complaint, and for good cause shown, IT IS HEREBY ORDERED:

/ / /

/ / /

1 | Defendants time to respond to the Second Amended Complaint shall be extended from
2 | September 27, 2012 to October 5, 2012.

IT IS SO ORDERED.

    Dated:   **September 25, 2012**                            **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE