**KERSHAW, CUTTER & RATINOFF, LLP**
STUART C. TALLEY, State Bar No. 180374
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: stalley@kcrlegal.com

Attorneys for Relators

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Hope Capriola, Amber Mason, Nadia Yamashita, Sonia Macias, and Aubrey Priest,<br><br>Relators,<br><br>v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 1:11-cv-135 AWI-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Current Hearing Date/Time: November 5, 2012 at 1:30 p.m.<br><br>Stipulated / Proposed Continued Hearing Date/Time: November 13, 2012 at 1:30 p.m.<br><br>Courtroom: 2<br>Judge: Hon. Anthony W. Ishii<br><br>Complaint Filed: 1/26/11 |

-1-

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

WHEREAS, Defendants' Motion to Dismiss Relators' Second Amended Complaint Pursuant to Fed. R.Civ. P. 12(b)(6) and 9(b) [Dkt No. 44] is scheduled to be heard on November 5, 2012.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. The hearing date on Defendants' motion shall be continued from November 5, 2012 to November 13, 2012;

2. Relators' Opposition to the Motion to Dismiss shall be filed and served on or before October 30, 2012;

3. Defendants' Reply shall be filed and served on or before November 6, 2012.

Dated:  October 18, 2012.        KERSHAW, CUTTER & RATINOFF LLP


By   */s/ Stuart C. Talley*
      STUART C. TALLEY
      401 Watt Avenue
      Sacramento, California  95864
      Telephone: (916) 448-9800
      Email: stalley@kcrlegal.com
      *Attorneys for Relators*


Dated:  October 18, 2012.        DUANE MORRIS LLP


By   */s/ Courtney L. Baird* (as authorized on 10/18/2012)
      COURTNEY L. BAIRD
      750 B Street, Suite 2900
      San Diego, California 92101
      Telephone: (619) 744-2200
      Email: clbaird@duanemorris.com
      *Attorneys for Defendants*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. The hearing date on Defendants' Motion to Dismiss shall be continued from November 5, 2012 to November 13, 2012;

2. Relators' Opposition to the Motion to Dismiss shall be filed and served on or before October 30, 2012;

3. Defendants' Reply shall be filed and served on or before November 6, 2012.

IT IS SO ORDERED.

Dated:   October 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE