**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. Hope Capriola, Amber Mason, Nadia Yamashita, Nancy Upton Sonia Macias, and Aubrey Priest,<br><br>Relators,<br><br>v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.: 11-cv-135 AWI-GSA<br><br>~~[PROPOSED]~~ **ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Courtroom: 2<br>Judge: Hon. Anthony W. Ishii |

After consideration of the Stipulation to Continue Hearing on Defendants' Motion to Dismiss Second Amended Complaint,

IT IS HEREBY ORDERED THAT:

1. The hearing date on Defendants' Motion to Dismiss shall be continued from November 13, 2012 to December 3, 2012 at 1:30 p.m.

2. Relators' Opposition to the Motion to Dismiss shall be filed and served on or before November 19, 2012.

3. Defendants' Reply to the Motion to Dismiss shall be filed and served on or before November 26, 2012.

IT IS SO ORDERED.

Dated:  October 24, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

DM1\3579194.1