UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Hope Capriola, Amber Mason, Nadia Yamashita, Sonia Macias, and Aubrey Priest,<br><br>　　　　　Relators,<br><br>　v.<br><br>BRIGHTSTAR EDUCATION GROUP INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:11-CV-0135 AWI GSA<br><br>ORDER VACATING HEARING DATE OF DECEMBER 3, 2012 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants have made a motion to dismiss for failure to state a claim. Doc. 44. Relators have filed an opposition. Doc. 51. Defendants have filed a reply. Doc. 52. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 3, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　November 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1