Stuart C. Talley (SBN 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916 448-9800
Fax: 916 669-4499
E-mail: stalley@kcrlegal.com
Attorneys for Relators

Keith Zakarin (SBN 126528)
Courtney L. Baird (SBN 234410)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Fax: 619 744 2201
E-mail: kzakarin@duanemorris.com
E-mail: clbaird@duanemorris.com

Michael M. Mustokoff (Admitted *Pro Hac Vice*)
Teresa N. Cavenagh (Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
30 South 17th Street,
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Fax: 215.979.1020
E-mail: mmustokoff@duanemorris.com
E-mail: tncavenagh@duanemorris.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Hope Capriola, Amber Mason, Nadia Yamashita, Sonia Macias, and Aubrey Priest,<br><br>Relators,<br><br>v.<br><br>BRIGHTSTAR EDUCATION GROUP, INC., a Delaware corporation; INSTITUTE OF TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.: 11-cv-135 AWI-GSA<br><br>**JOINT STIPULATION OF DISMISSAL AND CONSENT TO DISMISSAL BY UNITED STATES** |

DM1\4742759.1

-1-

1     The Parties hereby jointly stipulate that pursuant to Rule 41(a)(1))A)(i) of the Federal Rules of Civil Procedure, Plaintiffs/Relators, Hope Capriola, Amber Mason, Nadia Yamashita, Sonia Macias and Aubrey Priest (jointly "Relators") hereby voluntarily dismiss this action and all claims asserted against Defendants, BrightStar Education Group, Inc. and the Institute of Technology, Inc. (jointly "Defendants") in this action with prejudice as to the Relators and without prejudice as to the United States.

    Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America hereby consents to the dismissal of this action without prejudice to the United States as noted below by their authorized and undersigned representatives.

Dated: 6-25-14

KERSHAW, CUTTER & RATINOFF LLP

By _____
STUART C. TALLEY
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Email: stalley@kcrlegal.com
*Attorneys for Relators*

Dated: 6/23/14

DUANE MORRIS LLP

By _____
Teresa N. Cavenagh (admitted pro hac vice)
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1808
Email: tncavenagh@duanemorris.com

*Attorneys for Defendants*

DM1\4742759.1

-2-

The United States hereby consents to the voluntary dismissal of this action with prejudice as to Relators and without prejudice as to the United States.

Dated: 6/23/14

BENJAMIN B. WAGNER
United States Attorney

Kelli L. Taylor
Chief, Affirmative Civil Enforcement Unit
United States Attorney's Office for the
Eastern District of California

Renée S. Orleans
Trial Attorney
United States Department of Justice

*Attorneys for the United States of America*

Dated: _____     DUANE MORRIS LLP


By s/ Courtney L. Baird
    Courtney L. Baird
    750 B Street, Suite 2900
    San Diego, CA   92101
    Telephone: (619) 744-2200
    Email: clbaird@duanemorris.com

*Attorneys for Defendants*